# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:09CV2552 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DOROTHY T. BUFFINGTON, DECEASED, et al., | ) ) | |
| | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Plaintiff, United States, has filed a notice of dismissal without prejudice under Fed. R. Civ. P. 41(a)(1). (Doc. No. 11.) Because at least one of the Defendants has filed an answer, the Court shall convert the notice to a motion for voluntary dismissal under Fed. R. Civ. P. 41(a)(2), and **GRANT** the motion. This case is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: January 20, 2010

                                              _____
                                              **HONORABLE SARA LIOI**
                                              **UNITED STATES DISTRICT JUDGE**